# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 16-04797-BKT |
|---|---|
| JORGE A FUENTES DELGADO<br>ISABEL M DAVILA PEREIRA | CHAPTER 13 |
| Debtor(s) | |

## MOTION TO SUBMIT POST CONFIRMATION MODIFICATION PLAN

**TO THE HONORABLE COURT:**

Comes now Debtor(s), represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. Debtor(s) filed for bankruptcy protection on June 15, 2016. Please see docket 1.

2. Debtors' plan was confirmed on December 12, 2016. Please see docket 27.

3. The debtor sent the undersigned a new certification that the retirement loan payments deducted from pay **stub has a different maturity date.** All evidence has been sent to the Trustee.

4. In addition, debtors had extraordinary expenses due to the devastation of Hurricane Maria and is 1 month in arrears.

5. For said reasons, the undersigned is filing this filing this new post confirmation modification plan to change the step-up payments in regards to retirement loan and provide one month with zero payments to moot the arrears.

6. It is respectfully averred that this plan still complies with the liquidation value of the case and therefore, it is respectfully requested that this Honorable Court grant Debtor's new Post Confirmation Plan.

**WHEREFORE,** the Debtor(s) respectfully requests that this Honorable Court to take notice of the aforestated and confirmed this post confirmation modification plan.

-2-

**NOTICE:** Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this September 13, 2018.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Furthermore, I certify that notice of this motion was served by first class U.S. Mail, postage prepaid, to the non CM/ECF participants included in the attached master address list.

**EMG Despacho Legal, CRL**
Edificio La Electrónica
Suite 201-A, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
Fax: (787) 767-5015
e-mail: lcdomangual@gmail.com

**By: /s/*Edgardo Mangual González*** 
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113

**By: /s/*José L. Jiménez Quiñones***
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
**JORGE ANTONIO FUENTES DELGADO**
**ISABEL MILAGROS DAVILA PEREIRA**

**xxx-xx-0040**
**xxx-xx-3429**

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** September 13, 2018 .

Case No.: **16-04797-BKT**

Chapter 13

☑ Check if this is a pre-confirmation amended plan

☐ Check if this is a post confirmation amended plan
Proposed by:
☑ Debtor(s)
☐ Trustee
☐ Unsecured creditor(s)

If this is an amended plan, list below the sections of the plan that have been changed.
**SECTIONS: 2.1, 3.1, 3.5, 4.3, 5.1, 7.1**

## PART 1: Notices

**To Debtor(s):** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ Included | ☐ Not Included |

| Debtor | **JORGE ANTONIO FUENTES DELGADO** | Case number | **16-04797-BKT** |
|---|---|---|---|
| | **ISABEL MILAGROS DAVILA PEREIRA** | | |

## PART 2: Plan Payments and Length of Plan

2.1   **Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $800.00 | Months **1** through **1** | $800.00 | |
| $890.00 | Months **2** through **15** | $12,460.00 | **PLAN INCREASE WITHIN 2 MONTH AT MATURITY DATE (07/2016) TO CULTURAL LOAN FOR $90.00** |
| $0.00 | Month **16** | $0.00 | |
| $890.00 | Months **17** through **25** | $8,010.00 | |
| $1,000.00 | Months **26** through **26** | $1,000.00 | |
| $890.00 | Months **27** through **32** | $5,340.00 | |
| $1,000.00 | Months **33** through **47** | $15,000.00 | **PLAN INCREASE WITHIN 25 MONTH AT MATURITY DATE (02/2019) TO RETIREMENT LOAN FOR $110.00** |
| $1,110.00 | Months **48** through **60** | $14,430.00 | **PLAN INCREASE WITHIN 47 MONTH AT MATURITY DATE (04/2020) TO RETIREMENT LOAN FOR $110.00** |
| Subtotals | **60** Months | $57,040.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2   **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
- [ ] Debtor(s) will make payments pursuant to a payroll deduction order.
- [✓] Debtor(s) will make payments directly to the trustee.
- [ ] Other (specify method of payment): _____

2.3   **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4   **Additional payments:**

*Check one.*
- [✓] **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART3: Treatment of Secured Claims

3.1   **Maintenance of payments and cure of default, if any.**

*Check one.*
- [ ] **None**. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
- [✓] The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

Debtor **JORGE ANTONIO FUENTES DELGADO** Case number **16-04797-BKT**
**ISABEL MILAGROS DAVILA PEREIRA**

| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **ADM DE RETIRO** | **Pension: RETIREMENT PLAN @ ELA (MUNICIPIO DE CANOVANAS)** | **$111.22** <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | | ___ Months | Starting on Plan Month ___ | **$0.00** |
| **ADM DE RETIRO** | **Pension: RETIREMENT PLAN @ ELA (MUNICIPIO DE CANOVANAS)** | **$91.01** <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | | ___ Months | Starting on Plan Month ___ | **$0.00** |
| **ADM DE RETIRO** | **Pension: RETIREMENT PLAN @ ELA (MUNICIPIO DE CANOVANAS)** | **$111.22** <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | | ___ Months | Starting on Plan Month ___ | **$0.00** |
| **ORIENTAL** | **2015 TOYOTA HIGHLANDER LE** | **$589.97** <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | **$1,468.44** | ___ Months | Starting on Plan Month ___ | **$1,468.44** |
| **SCOTIABANK DE PR** | **URB. VILLAS DE LOIZA CALLE 45-A DD2 Canovanas, PR** | **$504.00** <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | **$2,229.84** | ___ Months | Starting on Plan Month ___ | **$2,229.84** |

*Insert additional claims as needed.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance**.

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

| Debtor | **JORGE ANTONIO FUENTES DELGADO** <br> **ISABEL MILAGROS DAVILA PEREIRA** | Case number | **16-04797-BKT** |
|---|---|---|---|

☑ The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of creditor** | **Collateral** |
|---|---|
| AEELA | SAVINGS & DIVIDENDS WITH AEELA |

*Insert additional claims as needed.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☐ Payments pursuant to 11 USC §1326(a)(1)(C):

| *Name of secured creditor* | *$ Amount of APMP* | *Comments* |
|---|---|---|
| **-NONE-** | | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

Check one.

☑ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ **490.00** |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ **2,760.00** |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ **500.00** |

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

| Debtor | **JORGE ANTONIO FUENTES DELGADO** | Case number | **16-04797-BKT** |
|---|---|---|---|
| | **ISABEL MILAGROS DAVILA PEREIRA** | | |

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6  **Post confirmation property insurance coverage**
*Check one.*

☑ **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

5.1  **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐ The sum of $_____.
☐ _____% of the total amount of these claims, an estimated payment of $_____.
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☐ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $_____.

5.2  **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

5.3  **Other separately classified nonpriority unsecured claims.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

6.1  The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

7.1  **Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☑ Plan confirmation.
☐ Entry of discharge.
☐ Other: _____

7.2  **Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)

| Debtor | **JORGE ANTONIO FUENTES DELGADO**<br>**ISABEL MILAGROS DAVILA PEREIRA** | Case number | **16-04797-BKT** |
|---|---|---|---|

    2. Distribution on Secured Claims (Part 3, Section 3.7)
    2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
    3. Distribution on Secured Claims (Part 3, Section 3.2)
    3. Distribution on Secured Claims (Part 3, Section 3.3)
    3. Distribution on Secured Claims (Part 3, Section 3.4)
    3. Distribution on Unsecured Claims (Part 6, Section 6.1)
    4. Distribution on Priority Claims (Part 4, Section 4.4)
    5. Distribution on Priority Claims (Part 4, Section 4.5)
    6. Distribution on Unsecured Claims (Part 5, Section 5.2)
    6. Distribution on Unsecured Claims (Part 5, Section 5.3)
    7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1**     **Check "None" or list the nonstandard plan provisions**
        ☑     **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.

*Insert additional lines as needed.*

## PART 9: Signature(s)

| **/s/ Lcdo. Edgardo Mangual Gonzalez**<br>**Lcdo. Edgardo Mangual Gonzalez 223113**<br>Signature of Attorney of Debtor(s) | Date | **September 13, 2018** |
|---|---|---|
| **/s/ JORGE ANTONIO FUENTES DELGADO**<br>**JORGE ANTONIO FUENTES DELGADO** | Date | **/September 13, 2018** |
| **/s/ ISABEL MILAGROS DAVILA PEREIRA**<br>**ISABEL MILAGROS DAVILA PEREIRA** | Date | **September 13, 2018** |

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-04797-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Jun 21 16:22:00 AST 2016 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ADM DE RETIRO<br>EMPLEADOS DEL GOBIERNO Y LA JUDICATURA<br>PO BOX 42003<br>SAN JUAN, PR 00940-2203 |
| AEELA<br>P.O. BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO POPULAR PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | CITI CARD<br>PO BOX 6286<br>Sioux Falls, SD 57117-6286 |
| CITI CARDS<br>PO BOX 6004<br>Sioux Falls, SD 57117-6004 | ENCORE RECEIVABLE MANAGEMENT, INC<br>PO BOX 48458<br>Oak Park, MI 48237-6058 | GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 1389<br>COPPERAS COVE, TX 76522-5389 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 790328<br>Saint Louis, MO 63179-0328 | JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | JC PENNEY/ SYNCHRONY BANK<br>BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 |
| ORIENTAL<br>P.O. BOX 364745<br>SAN JUAN, PR 00936-4745 | ORIENTAL<br>PO BOX 31535<br>Tampa, FL 33631-3535 | OSCAR AMADOR RAMIREZ ESQ<br>PO BOX 363422<br>SAN JUAN, PR 00936-3422 |
| (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 | PO BOX 6500<br>Sioux Falls, SD 57117-6500 | SCOTIABANK DE PR<br>P.O. BOX 362230<br>SAN JUAN, PR 00936-2230 |
| SEARS<br>CARD SERVICE CENTER<br>PO BOX 6283<br>SIOUX FALLS, SD 57117-6283 | SYNCHRONY BANK<br>PO BOX 965033<br>Orlando, FL 32896-5033 | SYNCHRONY BANK / SAM'S CLUB<br>BANKRUPTCY DEP.T<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 |
| SYNCHRONY BANK / SUNGLASS HUT<br>BANKRUPTCY DEPT.<br>PO BOX 965061<br>Orlando, FL 32896-5061 | SYNChrony Bank / Room's To Go<br>Bankruptcy Dept.<br>Po Box 965061<br>Orlando, FL 32896-5061 | SyncHRONY BANK / PEP BOYS/ CARECARE ONE<br>BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO, FL 32896-5061 |
| (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | UNITED COLLECTION BUREAU, INC<br>5620 SOUTHWYCK BLVD SUITE 206<br>TOLEDO, OH 43614-1501 | UNITED RECOVERY SYSTEMS<br>PO BOX 4044<br>Concord, CA 94524-4044 |
| UNITED RECOVERY SYSTEMS<br>PO BOX 722910<br>HOUSTON, TX 77272-2910 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | EDGARDO MANGUAL GONZALEZ<br>EMG DESPACHO LEGAL, CRL.<br>EDIFICIO LA ELECTRONICA<br>SUITE 201-A, CALLE BORI 1608<br>SAN JUAN, PR 00927-6112 |

```
ISABEL MILAGROS DAVILA PEREIRA      JORGE ANTONIO FUENTES DELGADO      MONSITA LECAROZ ARRIBAS
URB VILLAS DE LOIZA                 URB VILLAS DE LOIZA                OFFICE OF THE US TRUSTEE (UST)
CALLE 45 A DD 2                     CALLE 45 A DD 2                    OCHOA BUILDING
CANOVANAS, PR 00729                 CANOVANAS, PR 00729                500 TANCA STREET  SUITE 301
                                                                       SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PENTAGON FEDERAL CREDIT UNION       T MOBILE                           End of Label Matrix
PO BOX 1432                         P.O. BOX 660252                    Mailable recipients    32
ALEXANDRIA, VA 22313                DALLAS, TX 75266-0252              Bypassed recipients     0
                                                                       Total                  32
```